**DISMISS; and Opinion Filed October 31, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00952-CV**

## IN RE DARLA JALANE EDDINS, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-23371**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Before the Court is relator's petition for writ of mandamus and relator's notice of settlement. In the notice of settlement, relator states that the parties have settled the underlying dispute and, as such, this original proceeding is now moot. We treat the notice of settlement as a motion to dismiss this proceeding. We dismiss this proceeding in accordance with the motion of relator. TEX. R. APP. P. 42.1(a)(1).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180952F.P05